■ SANDRA R. HEARST, Appellant, v. GEORGE R. HEARST, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondent. While the fixation of temporary alimony is never determinative of the fact or quantum of the obligation to support as it may be resolved after plenary trial, there is on this record no showing of prejudicial error. A wife is not entitled to share in a husband's income as such, but is entitled to support on the basis of the established standard of living, if otherwise reasonable, within the income of the husband. There are also many other factors to be considered (see e.g., *Phillips* v. *Phillips*, 1 A D 2d 393). Plaintiff shows on this record, and in her argument, only that the husband has an income many times larger than the permanent alimony allotted to her. That is not enough. Concur — Peck, P. J., Breitel, Valente and Bastow, JJ.

■ . In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property on Major Deegan Boulevard and Other Streets in the Borough of The Bronx. ROSE CRISCI, Appellant.— Decree, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. SWEENEY, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of RUTH I. HARRIS, as District Grand Most Noble Governor of District Grand Household of Ruth No. 7 of the Grand United Order of Odd Fellows in America, Appellant, against COMMITTEE OF MANAGEMENT OF THE GRAND UNITED ORDER OF ODD FELLOWS IN AMERICA AND JURISDICTION, INC., Respondent, and HENNIE M. PATTON, as Inmate of Household of Ruth No. 6059, Respondent-Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ AMOTT, BAKER & CO., INCORPORATED, Appellant, v. ALEXANDER S. BING et al., Defendants-Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of MARTIN J. HYLAND, Appellant, against STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ OLEG CASSINI, INC., Respondent, v. DORENE FASHIONS CORP. et al., Appellants.— The injunctive relief granted at Special Term was predicated entirely on the letter of December 2, 1954, written by the appellants' predecessors. This letter was delivered as an incident to the settlement of a suit that concerned an infringement by the appellants' predecessors of a design patent held by the respondent on one of its original models. The letter, which, parenthetically, was not made part of the stipulation of settlement, stated, "You have our assurance that at no time will we infringe or copy any of your designs." Under the circumstances so all-embracing an agreement is unenforcible. Since Special Term indicated in its opinion that there was no proof to sustain the allegations of unfair competition, the judgment is unanimously reversed, with costs to the appellants, and the complaint dismissed. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.